Reported below, 36 AD3d 17.

CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, et al., Plaintiffs, v FOSTER WHEELER CORPORATION, Respondent, and AFFILIATED FM INSURANCE COMPANY et al., Appellants, et al., Defendants.

Submitted June 25, 2007; decided June 27, 2007

Reported below, 36 AD3d 17.

Motion by Complex Insurance Claims Litigation Association for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed.